```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  JUL - 8 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JONES, | No. SACV 07-00771-AHM(CT) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF ORANGE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting the Magistrate Judge's Superseding Report and Recommendation, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 8, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE